In re Disch: Disch, Respondent, vs. Wisconsin Power & Light Company, Appellant.

*October 7—November 8, 1940.*

For the appellant there was a brief by *Schubring, Ryan, Petersen & Sutherland* of Madison, and oral argument by *William Ryan.*

For the respondent there was a brief by *Blum & Blum* of Monroe and *McGowan & Geffs* of Janesville, and oral argument by *Jacob Geffs* and *George S. Geffs.*

Fritz, J.   In so far as the questions involved on this appeal are concerned, the material facts and the proceedings and rulings of the trial court, which resulted in the judgment under review and are involved under appellant's assign-

ments of error, are substantially the same as in the companion case No. 51, entitled *In re Hefty, ante,* p. 60, 294 N. W. 518, which is decided herewith. Under these circumstances and for the reasons stated in the opinion filed in case No. 51, the judgment herein must likewise be reversed and a new trial ordered.

*By the Court.*—Judgment reversed, and cause remanded with directions to grant appellant's motion for a new trial.